UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ESTATE OF ARTHUR LEE COLEMAN, JR.,

          Plaintiffs,

-vs-                                              Case No.  2:10-cv-105-FtM-36SPC

MICHAEL SCOTT, Sheriff of Lee County;
TIMOTHY GALLOWAY, individually and as a
deputy; ROBERT KREBS, individually and as law
enforcement officer; TIMOTHY McCORMACK,
individually and as law enforcement officer; LEE
COUNTY SHERIFF'S OFFICE; CITY OF FORT
MYERS;  SCOTT LEY, individually and as a U.S.
Marshal; U.S. MARSHAL'S OFFICE, a Federal
Agency; U.S. MARSHAL'S FUGITIVE TASK
FORCE; UNKNOWN LAW ENFORCEMENT
OFFICERS;

          Defendants.
_____

**ORDER TO SHOW CAUSE**

      This matter comes before the Court on the Plaintiff Rochelle Catz, as Personal Representative of the Estate of Arthur Lee Coleman's Motion to Amend and Add Parties (Doc. #117) filed on August 9, 2011.  On July 21, 2011, the District Court dismissed this case without prejudice (Doc. # 113), and allowed the Plaintiff twenty-one (21) days to file an amended complaint.  On August 9, 2011, the Plaintiff filed the instant Motion to Amend and Add Parties (Doc. # 117).  The Plaintiff seeks to add a Lee County Sheriff's Deputy,  Leslie Green, and Deputy U.S. Marshal, Paul Smith as defendants to this case.  In the meantime, on August 11, 2011, the Plaintiff filed her Amended Complaint (Doc. # 119) in compliance with the District Court's Order.  However, the Plaintiff did

not include Dep. Green nor Dep. Marshal Smith in her Amended Complaint even though the instant Motion was filed before the Plaintiff filed her Third Amended Complaint.

The Defendants object to the Motion arguing that the deadline to amend and add parties expired on January 10, 2011. The Defendants further state that the information pertaining to Dep. Green and Dep. Marshal Smith was available to the Plaintiff prior to the expiration of the deadline to add parties back in January. In addition to the Plaintiff waiting so long after the deadline to amend and add parties had expired, the Court is concerned that the Plaintiff did not add Dep. Green and Dep. Marshal Smith to her Third Amended Complaint when the District Court gave her leave to Amend and she knew of the allegations she was going to make against the putative defendants. Therefore, before ruling on the instant Motion to add parties, the Court will require the Plaintiff to show cause why the officers were not added to the Third Amended Complaint.

Accordingly, it is now

**ORDERED:**

The Plaintiff Rochelle Catz's shall **SHOW CAUSE** in writing why she did not add Dep, Leslie Greene and Dep. U.S. Marshal Paul Smith to her Third Amended Complaint (Doc. # 119). The Plaintiff has up to and including **Thursday, September 1, 2011**, to file her response in writing to this order to show cause.

**DONE AND ORDERED** at Fort Myers, Florida, this  28th  day of August, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record